UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JUDITH MARIE BOOHER ) | CHAPTER 13 |
| ) | |
| ) | CASE NO.: 18-63020-PMB |
| DEBTOR. ) | |

**MOTION TO DISMISS**

Melissa J. Davey, Trustee in the above styled matter, respectfully shows the Court as follows:

1.Pursuant to Debtor Chapter 13 Plan confirmed on November 06, 2018, Debtor is required to make payments in the amount of $240.00 to the Trustee.

2.Debtor has failed to make the payments due under the Plan. The total amount due under the Plan is $5,297.72. Debtor has only paid a total of $4,337.72, resulting in a delinquency in the amount of $960.00 in violation of 11 U.S.C. §§1307(c)(1) and 1307(c)(6).

3.Debtor's Plan will exceed 60 months in violation of 11 U.S.C. §§1307(c)(1) and 1307(c)(6); see also 11 U.S.C. §1322(d).

4.In addition, Debtor has failed to remit the 2018 income tax returns, or any resulting refund to the Trustee. Accordingly, Debtor is in material default of the terms of the confirmed Plan and has caused unreasonable delay that is prejudicial to the creditors. The case should be dismissed. 11 U.S.C. §§1307(c)(1) and 1307(c)(6).

Wherefore, Trustee respectfully requests that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated: June 23, 2020

Prepared and Presented by:

/s/
Kelsey A. Makeever
Attorney for Chapter 13 Trustee
GA Bar No. 371499
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JUDITH MARIE BOOHER | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO.: 18-63020-PMB |
| DEBTOR. | ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that Melissa J. Davey, Standing Chapter 13 Trustee, has filed a Motion to Dismiss and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Dismiss in **Richard B. Russell Building, 75 Ted Turner Drive S.W., Courtroom 1202, Atlanta, GA 30303-3367 at 2:00 PM on July 30, 2020. Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want to Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the **Clerk's Office** is **1340 U.S. Courthouse (and Richard B. Russell Federal Building), 75 Ted Turner Drive S.W., Atlanta, GA 30303-3367**. You may also mail a copy of your response to the undersigned at the address stated below.

Dated: June 23, 2020

Prepared and Presented by:

/s/ _____
Kelsey A. Makeever
Attorney for Chapter 13 Trustee
GA Bar No. 371499
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JUDITH MARIE BOOHER | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO.:  18-63020-PMB |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Howard P. Slomka    HS@ATL.law, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):

Judith Marie Booher
3725 George Busbee Pkwy Nw
Apt 516
Kennesaw, GA  30144

|  |  |
|---|---|
| Dated: June 23, 2020 | Prepared and Presented by: |
|  | /s/ |
|  | Kelsey A. Makeever |
|  | Attorney for Chapter 13 Trustee |
|  | GA Bar No. 371499 |
|  | 260 Peachtree Street, NW, Suite 200 |
|  | Atlanta, GA 30303 |
|  | (678) 510-1444 Phone |
|  | (678) 510-1450 Fax |
|  | mail@13trusteeatlanta.com |