**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | |
|---|---|
| In Re: **Judith Marie Booher** | Case No.: **18−63020−pmb** <br> Chapter: **13** <br> Judge: **Paul Baisier** |
| Debtor(s) | |

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Atlanta Allergy & Asthma Clinic

It appearing that the Chapter 13 plan was COMPLETED on 9/26/23,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 9/26/23

_Paul Baisier_
_____
Paul Baisier
UNITED STATES BANKRUPTCY JUDGE

Dated: September 26, 2023

Form termedo −08/2019